# IN THE UNITED STATES DISTRICT COURT
## FOR THE EASTERN DISTRICT OF TEXAS
## MARSHALL DIVISION

| | | |
|---|---|---|
| **MULTILIFT WELLBORE** | § | |
| **TECHNOLOGY LIMITED and** | § | |
| **MULTILIFT WELLTEC, LLC,** | § | |
| | § | |
| *Plaintiffs*, | § | Civil Action No. 2:16-cv-01187-JRG-RSP |
| | § | |
| v. | § | |
| | § | |
| **ESP COMPLETION** | § | |
| **TECHNOLOGIES, LLC and** | § | **JURY TRIAL DEMANDED** |
| **C&J ENERGY SERVICES, INC.,** | § | |
| | § | |
| *Defendants*. | § | |

## DEFENDANTS' C&J ENERGY SERVICES, INC. AND ESP COMPLETION TECHNOLOGIES, LLC NOTICE OF ATTORNEY APPEARANCE BY RYAN B. MCBETH

The Defendants file this notice of attorney appearance and hereby notify the Court and all parties of record that Ryan B. McBeth is appearing as counsel for the Defendants in the above-referenced matter.

Dated: December 12, 2016

Respectfully submitted,

MORGAN, LEWIS & BOCKIUS LLP

 */s/ Ryan B. McBeth*
Ryan B. McBeth.com
State Bar No. 24078955
*ryan.mcbeth@morganlewis.com*
C. Erik Hawes, Lead Attorney
State Bar No. 24042543
*erik.hawes@morganlewis.com*
Adam A. Allgood
State Bar No. 24059403

*adam.allgood@morganlewis.com*
Elizabeth M. Chiaviello
State Bar No. 24088913
*elizabeth.chiaviello@morganlewis.com*

1000 Louisiana, Suite 4000
Houston, Texas 77002
(713) 890-5000 Telephone
(713) 890-5001 Facsimile

*Attorneys for Defendants* C&J Energy Services, Inc. and ESP Completion Technologies, LLC

## CERTIFICATE OF SERVICE

I certify that a true and correct copy of the foregoing document has been served via the Court's CM/ECF system and emailed to opposing counsel per Local Rules CV-5(c) and CV-5(d) on December 12, 2016.

  /s/ Ryan B. McBeth
Ryan B. McBeth