IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF TEXAS
HOUSTON DIVISION

| | | |
|---|---|---|
| MULTILIFT WELLBORE TECHNOLOGY LIMITED, *et al.* | § § § § § § § § § § § § § | |
| Plaintiffs, | | |
| v. | | CIVIL ACTION NO. 4:17-cv-02611 |
| ESP COMPLETION TECHNOLOGIES, LLC, *et al.* | | |
| Defendants. | | |

## ORDER DISMISSING WITH PREJUDICE

On this day, Plaintiffs Multilift Wellbore Technology, Ltd. and Multilift Welltec, LLC (collectively, "Plaintiffs") and Defendants ESP Completion Technologies, LLC and C&J Energy Services, Inc. (collectively, "Defendants") announced to the Court that they have resolved Plaintiffs' claims for relief against Defendants and Defendants' claims, defenses and/or counterclaims for relief against Plaintiffs asserted in this case. Plaintiffs and Defendants have, therefore, requested that the Court dismiss Plaintiffs' claims for relief against Defendants with prejudice and Defendants' claims, defenses and/or counterclaims for relief against Plaintiffs with prejudice, and with all attorneys' fees, costs and expenses taxed against the party incurring the same. The Court, having considered this request, is of the opinion that their request for dismissal should be granted.

IT IS THEREFORE ORDERED that Plaintiffs' claims for relief against Defendants are dismissed with prejudice and Defendants' claims, defenses, and/or counterclaims for relief against

Plaintiffs are dismissed with prejudice. IT IS FURTHER ORDERED that all attorneys' fees, costs of court, and expenses shall be borne by each party incurring the same.

SIGNED this _12_ day of _July_, 2018

HON. LEE H. ROSENTHAL,
CHIEF UNITED STATES DISTRICT JUDGE